UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GINDER,<br><br>            Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC., GOOGLE LLC,<br><br>            Defendants. | Case No. 5:25-cv-05447 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Rita F. Lin for consideration of whether the case is related to 5:25-cv-04674 RFL, *Devin Rose v. Meta Platforms, Inc.*

**IT IS SO ORDERED.**

Dated: July 1, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-05447 NC
SUA SPONTE JUDICIAL REFERRAL